UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA


      **IT IS ORDERED** that the following cases will be called on **February 2, 2011, at 9:00 a.m.** before JUDGE LANCE M. AFRICK in Room C427, 500 Poydras Street, New Orleans, Louisiana. The case will be DISMISSED upon failure of plaintiff's counsel to report the status thereof or in the absence of good cause shown why the case should remain on the docket.

| | |
|---|---|
| 09-2665 | Barbara Simpson, et al v. Southwest business Corporation, et al<br>No answer or default judgment as to the defendant, Southwest Business Corporation. Waiver of service executed on October 20, 2010. Complaint filed January 30, 2009. This is counsel's second notice. |
| 10-1714 | Stephen Allen v. Wal-Mart Stores, Inc., et al<br>No answer or default judgment as to the defendant, State Farm Mutual Automobile Insurance Company. (Served October 1, 2010) Notice of removal filed June 10, 2010. This is counsel's second notice. |
| 10-1766 | Michael Pohlman, et al v. State Farm Mutual Automobile Insurance Company, et al<br>No answer or default judgment as to the defendant, Kelly Appleton. (Served May 24, 2010) Notice of removal filed June 18, 2010. This is counsel's second notice. |
| 10-1925 | J.W. v. Paul Vallas, et al<br>No answer or default judgment as to the defendants, Paul Vallas, Edwain Compass and State of Louisiana. (Granted two extensions of time to answer; answer was due October 21, 2010) No service as to the defendants, Daphyne Burnett and Officer Willis. Complaint filed July 8, 2010. |
| 10-2098 | Mattie Ayne Ellis-Fazande v. City of New Orleans, et al<br>No service as to the defendants, New Orleans Police Department, Greg Powell, Darrell Doucette, E. Berger, Latoya Hamilton, Jamal Kendrick, Clinton Givens, Sgt. Nguyen, Burnell Williams, Yashica Jordan and George Dennis. Complaint filed July 27, 2010. |
| 10-2107 | Edward F. Authenment, III v. Ingram Barge Company, et al<br>No service as to the defendant, Mid-Coast Barge Corporation. Complaint filed July 27, 2010. |

10-2799    Tyrone Taylor v. Attorney General of the United States, et al
           No service as to the defendants, Attorney General of the United States and
           Federal Bureau of Investigation.  Petition for writ of mandamus filed August 31,
           2010.

10-2937    Pamela A. Dix v. Rynell P. Smothers, et al
           No service as to the defendants, Rynell P. Smothers, United States Postal Service
           and United States of America.  Complaint filed September 3, 2010.

10-3456    In Re: Louisiana Film Studios, L.L.C.
           Appellant's brief has not been filed.  (Granted two extensions of time; brief was
           due December 28, 2010)

New Orleans, Louisiana, January      18th    , 2011.

_____
LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE