```
                UNITED STATES  DISTRICT COURT
                EASTERN DISTRICT OF LOUISIANA
```

J.W.                                                     CIVIL ACTION

*by and through his next friend, Sebastian Weston, on behalf of himself and all similarly situated students*

**VERSUS**                                      NO. 10-1925

**PAUL VALLAS, ET AL**                   SECTION "I"

      This Court has been advised that the above-captioned case has settled.  Counsel are thanked for their assistance.

      New Orleans, Louisiana, this <u>1st</u> day of <u>February</u>, 2011.

                                        _____
                                        LANCE M. AFRICK
                                        UNITED STATES DISTRICT JUDGE