```
              UNITED STATES  DISTRICT COURT
              EASTERN DISTRICT OF LOUISIANA
```

J.W.                                            CIVIL ACTION
*by and through his next*
*friend, Sebastian Weston,*
*on behalf of himself and*
*all similarly situated students*

**VERSUS**                                      **NO. 10-1925**

**PAUL VALLAS, ET AL**                          **SECTION "I" (3)**


ORDER OF DISMISSAL

The Court having been advised by counsel for the parties that all of the parties to this action have firmly agreed upon a compromise,

**IT IS ORDERED** that the action be and it is hereby dismissed without prejudice to the right, upon good cause shown, to reopen the action or to seek summary judgment enforcing the compromise if settlement is not consummated within a reasonable time.  The Court retains jurisdiction for all purposes, including enforcing the settlement agreement entered into by the parties.

**COUNSEL ARE REMINDED THAT, if witnesses have been subpoenaed, EVERY WITNESS MUST be notified by counsel not to appear.**

New Orleans, Louisiana, this 1st day of February, 2011.

```
                                _____
                                LANCE M. AFRICK
                                UNITED STATES DISTRICT JUDGE
```