MINUTE ENTRY
AFRICK, J.
February 2, 2011

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

The following cases were called this day to show cause why they should not be DISMISSED.  After hearing, **IT IS ORDERED** that said cases be disposed as indicated below:

09-2665     Barbara Simpson, et al v. Southwest business Corporation, et al
            **DISMISSED without prejudice** as to the defendant, Southwest Business Corporation.

10-1714     Stephen Allen v. Wal-Mart Stores, Inc., et al
            **SATISFIED**.

10-1766     Michael Pohlman, et al v. State Farm Mutual Automobile Insurance Company, et al
            **SATISFIED**.

10-1925     J.W. v. Paul Vallas, et al
            **SATISFIED**.

10-2098     Mattie Ayne Ellis-Fazande v. City of New Orleans, et al
            **DISMISSED without prejudice** as to the defendants, New Orleans Police Department, Greg Powell, Darrell Doucette, E. Berger, Latoya Hamilton, Jamal Kendrick, Clinton Givens, Sgt. Nguyen, Burnell Williams, Yashica Jordan and George Dennis.

10-2107     Edward F. Authenment, III v. Ingram Barge Company, et al
            **SATISFIED**.

10-2799     Tyrone Taylor v. Attorney General of the United States, et al
            **PASS 30 days.**

10-2937     Pamela A. Dix v. Rynell P. Smothers, et al
            Within one week, counsel for plaintiff shall file a motion for preliminary default as to the defendant, Rynell P. Smothers.
            **PASS 30 days** as to the defendants, United States Postal Service and United States of America.

10-3456     In Re: Louisiana Film Studios, L.L.C. **SATISFIED**.

New Orleans, Louisiana, February  2nd , 2011.

                                           LANCE M. AFRICK
                                     UNITED STATES DISTRICT JUDGE